ORIGINAL

**SEALED BY ORDER OF THE COURT**

ELLIOT ENOKI
Acting United States Attorney #1528
District of Hawaii

THOMAS J. BRADY #4472
Chief, Criminal Division

MORGAN EARLY #10104
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808) 541-2958
E-mail: Morgan.Early@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 04 2018
at 4 o'clock and 11 min. P M.
SUE BEITIA, CLERK

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      vs.                     )<br>                              )<br>ISAIAH McCOY, also known as   )<br>"ISIAH McCOY" or              )<br>"ZEUS" (01), and              )<br>                              )<br>TAWANA ROBERTS (02),          )<br>                              )<br>            Defendants.       )<br>_____) | CR. NO. **CR18 00016 SOM**<br><br>INDICTMENT<br><br>Count 1:<br>Sex Trafficking by Force,<br>Threats, Fraud or Coercion<br>18 U.S.C. §§ 1591(a) and 2 |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

## SEX TRAFFICKING BY FORCE, THREATS, FRAUD, OR COERCION

From on or about December 22, 2017, through on or about December 26, 2017, in the District of Hawaii, the defendants, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS," and TAWANA ROBERTS knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited an Adult Female (hereinafter "AF1"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF1 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

DATED: JAN 0 4 2018 , at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson, Grand Jury
FOREPERSON, GRAND JURY

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

/s/ Thomas J. Brady
THOMAS J. BRADY
CHIEF, CRIMINAL DIVISION

/s/ Morgan Early
MORGAN EARLY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES v. ISAIAH McCOY, et al.
Cr. No.
INDICTMENT