# MINUTES

CASE NUMBER:      1:18-CR-00016-SOM

CASE NAME:         United States of America v (01) Isaiah McCoy
                                              (02) Tawana Roberts

ATTYS FOR PLA:    Morgan L. Early

ATTYS FOR DEFT:   (01) Melinda K. Yamaga
                              (02) Barry D. Edwards

U.S. Pretrial Officer    David Kahunahana

---

JUDGE:   Kenneth J. Mansfield          REPORTER:   C6 - FTR

DATE:    01/05/2018                              TIME:   2:00 - 2:04

---

COURT ACTION:  EP:    Initial Appearance and ARRAIGNMENT & PLEA to the
                                  Indictment hearing held.

Defendants are present and in custody.

Defendant (01) Isaiah McCoy sworn to the financial affidavit and request for court
appointed attorney is granted. Melinda K. Yamaga and the Office of the Federal Public
Defenders are appointed.

Defendant  (02) Tawana Roberts  sworn to the financial affidavits and request for court
appointed attorney is granted. (02) Barry D. Edwards is appointed as CJA counsel.

Charges received. Defendants each waives public reading of the charges.  Defendants
each enters Pleas of NOT GUILTY as to the Indictment.

Dates given:
Jury Selection/Trial:          March 6, 2018 at 9:00 a.m. before District Judge Susan O.
                                      Mollway
Final Pretrial Conference:   February 5, 2018 at 2:00 p.m. before Magistrate Judge
                                      Richard L. Puglisi

Motions:                    January 23, 2018
Response:                   February 5, 2018

Defendants are remanded to the custody of the U.S. Marshal Service.

**As to Defendant (01) Isaiah McCoy** - Detention hearing is set for January 10, 2018 at 11:00 a.m. before Magistrate Judge Kenneth J. Mansfield.

**As to Defendant (02) (02) Tawana Roberts** - Detention hearing is set for January 10, 2018 at 11:30 a.m. before Magistrate Judge Kenneth J. Mansfield.

*Submitted by: Bernie Aurio, Courtroom Manager*