AO 442 (Rev. 11/11) Warrant for Arrest

**ORIGINAL**  RECEIVED

# UNITED STATES DISTRICT COURT
## District of Hawaii

2018 JAN -5  AM 8:44

U.S. MARSHALS SERVICE
HONOLULU, HI.

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 18-00016-SOM-01 |
| ISAIAH McCOY, *also known as* "ISIAH McCOY" | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ISAIAH McCOY, also known as "ISIAH McCOY" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Sex Trafficking by Force, Threats, Fraud or Coercion

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 10 2018
at 10 o'clock and 40 min. A.M.
SUE BEITIA, CLERK

• in violation of Title 18 United States Code, Sections 1591(a)(1) and (2)

Date: January 4, 2017

Location: Honolulu, Hawaii

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/S/ Sue Beitia by deputy clerk AC
Prepared/Signed By:

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received: 1-5-18 | NAME AND TITLE OF ARRESTING OFFICER: Cole Masutani, Special Agent HSI | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest: 1-4-18 | | |