**ORIGINAL**

KENJI M. PRICE   #10523
United States Attorney
District of Hawaii

ELLIOT ENOKI   #1528
First Assistant United States Attorney

THOMAS J. BRADY   #4472
Chief, Criminal Division

MORGAN EARLY   #10104
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii   96850
Telephone: (808)541-2850
Facsimile: (808) 541-2958
E-mail: morgan.early@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 1 2018

at 5 o'clock and 00 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS" (01), and<br><br>TAWANA ROBERTS (02),<br><br>Defendants. | CR. NO. 18-00016-SOM<br><br>FIRST SUPERSEDING INDICTMENT<br><br><u>Counts 1 through 7</u>:<br>Sex Trafficking by Force, Threats, Fraud, or Coercion<br>18 U.S.C. §§ 1591(a)(1), (b)(1) and 2 |

## FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

### SEX TRAFFICKING BY FORCE, THREATS, FRAUD, OR COERCION

From on or about December 22, 2017, through on or about December 26, 2017, in the District of Hawaii, the defendants, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS," and TAWANA ROBERTS knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #1 (hereinafter "AF1"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF1 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

### COUNT 2

### SEX TRAFFICKING BY FORCE, THREATS, FRAUD, OR COERCION

At an exact time unknown, but sometime between April 1, 2017 through September 16, 2017, in the District of Hawaii, the defendant, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #2

(hereinafter "AF2"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF2 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

## COUNT 3

### SEX TRAFFICKING BY FORCE, THREATS, FRAUD, OR COERCION

At an exact time unknown, but sometime between July 1, 2017 through September 16, 2017, in the District of Hawaii, the defendant, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #3 (hereinafter "AF3"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF3 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

## COUNT 4

### SEX TRAFFICKING BY FORCE, THREATS, FRAUD, OR COERCION

At an exact time unknown, but sometime between July 1, 2017 through September 16, 2017, in the District of Hawaii, the defendant, ISAIAH McCOY,

also known as "ISIAH McCOY" or "ZEUS," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #4 (hereinafter "AF4"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF4 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

## COUNT 5
### SEX TRAFFICKING BY FORCE, THREATS, FRAUD, OR COERCION

From on or about July 11, 2017, through on or about July 15, 2017, in the District of Hawaii, the defendant, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #5 (hereinafter "AF5"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF5 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

## COUNT 6

**SEX TRAFFICKING BY FORCE, THREATS, FRAUD, OR COERCION**

At an exact time unknown, but sometime between April 1, 2017 through September 16, 2017, in the District of Hawaii, the defendant, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #6 (hereinafter "AF6"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF6 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

## COUNT 7

**SEX TRAFFICKING BY FORCE, THREATS, FRAUD, OR COERCION**

At an exact time unknown, but sometime between April 1, 2017 through September 16, 2017, in the District of Hawaii, the defendant, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #7 (hereinafter "AF7"), knowing and in reckless disregard of the fact that means of

force, threats of force, fraud, and coercion would be used to cause AF7 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

DATED: _____, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENJI M. PRICE
United States Attorney
District of Hawaii

*[signature]*

ELLIOT ENOKI
First Assistant United States Attorney

*[signature]*

MORGAN EARLY
Assistant United States Attorney

UNITED STATES v. ISAIAH McCOY, et al.
Cr. No. 18-00016-SOM
FIRST SUPERSEDING INDICTMENT