SUBJECT:.
DATE: 02/25/2018 11:58:45 AM

ISAIAH W. McCOY pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 18-00016 SOM |
| plaintiff, | MOTION FOR ORDER AGAINST BOP |
| vs | |
| ISAIAH MCCOY, | |
| Defendant. | |

Motion to force B.O.P staff at FDC Honolulu to:

A) Provide defendant Isaiah W. McCoy pro se with daily access to discovery discs and the Law library for legal research and other privileges in line with my 6th Amendment right to self representation.

B) Cease reading my confidential legal mail and relating the information to other staff and inmates.

C) Cease destroying my confidential legal correspondence with the courts.

D) Cease racial harassment of myself and my wife.

Comes now defendant Isaiah W. McCoy pro se and respectfully moves this court for a hearing on the above issues in support of this motion, I will offer evidence at the hearing. I ask that this court also issue an order compelling the attendance of the following FDC Honolulu personnel: Assistant Warden Carr, all R and D mail room staff to include their supervisor, Ms. Camello and her education supervisor and Mr. Williams unit team manager for questioning.

RESPECTFULLY,

_____
ISAIAH W. McCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 18-00016-01 SOM |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| ISAIAH W. MCCOY (1), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party)ies) via CM/ECF and Hand Delivery:

(via Electric Filing)

      Morgan Eary, Esq.
      Assistant U.S. Attorney
      300 Ala Moana Blvd. #6-100
      Honolulu, Hawaii 96850
      Morgan.Early@usdoj.gov

      Barry Edwards, Esq.
      P.O.BOX 1383
      HONOLULU, HAWAII 96807
      barryedwards@gmail.com

      Attorney for Defendant TAWANA ROBERTS

DATED:  Honolulu, Hawaii, February 27, 2018.

      /s/ Gary G. Singh
      GARY G. SINGH
      Attorney for Defendant
      ISAIAH W. MACCOY