## Motion to Compel discovery from The government

Comes now defenant I. McCoa Pro See and moves this cowrt to issue and order forcesing this to The guvernment to Provide All discovery defend is intitle too to include But not, Brady, Jenkins, and Ffedral rules of crimall Procedures Rules. Defendant has Already sent writtin Request to guvernment with no result.

Respectfull

Feb 25, 2018

I McCoy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 18-00016-01 SOM |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| ISAIAH W. MCCOY (1), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party)ies) via CM/ECF and Hand Delivery:

(via Electric Filing)

    Morgan Eary, Esq.
    Assistant U.S. Attorney
    300 Ala Moana Blvd. #6-100
    Honolulu, Hawaii 96850
    Morgan.Early@usdoj.gov

    Barry Edwards, Esq.
    P.O.BOX 1383
    HONOLULU, HAWAII 96807
    barryedwards@gmail.com

    Attorney for Defendant TAWANA ROBERTS

  DATED: Honolulu, Hawaii, February 27, 2018.

                                                   /s/ Gary G. Singh
                                                   GARY G. SINGH
                                                   Attorney for Defendant
                                                   ISAIAH W. MACCOY