Motion for funds for investagtor
and Paralegal

Comos now defent Isaun Wmccov
Pro se, and moves to court
to provice funds for and invesyga
and a PARALega1. There are clear
Reasons for this as defendu
is Pro se

Respecctfully

FeB.25.2018

Isau Mccov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 18-00016-01 SOM |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| ISAIAH W. MCCOY (1), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party)ies) via CM/ECF and Hand Delivery:

(via Electric Filing)

Morgan Eary, Esq.
Assistant U.S. Attorney
300 Ala Moana Blvd. #6-100
Honolulu, Hawaii 96850
Morgan.Early@usdoj.gov


Barry Edwards, Esq.
P.O.BOX 1383
HONOLULU, HAWAII 96807
barryedwards@gmail.com

Attorney for Defendant TAWANA ROBERTS

DATED: Honolulu, Hawaii, February 27, 2018.

_/s/ Gary G. Singh_____
GARY G. SINGH
Attorney for Defendant
ISAIAH W. MACCOY