## Motion to Dissmiss

Comes now defendant Isaiah W. McCoy Pro. and respectfully moves this Court to ~~dismiss~~ dissmiss the current Charges Against Defendants Isaiah W. McCoy (1) and Tawana L Roberts due to vindictive ~~Prosecut~~ and selective Prosecution and also in the interest of Justice. In support defendt will offer overweiming evidence at the hearing on this matter, defenda will require several Prosecutors and law enforcement to testify.

Feb 25, 2018   Respectfully

Isaiah W. McCoy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 18-00016-01 SOM |
|---|---|---|
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| ISAIAH W. MCCOY (1), | ) ) | |
| Defendant. | ) ) ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party)ies) via CM/ECF and Hand Delivery:

(via Electric Filing)

    Morgan Eary, Esq.
    Assistant U.S. Attorney
    300 Ala Moana Blvd. #6-100
    Honolulu, Hawaii 96850
    Morgan.Early@usdoj.gov

    Barry Edwards, Esq.
    P.O.BOX 1383
    HONOLULU, HAWAII 96807
    barryedwards@gmail.com

Attorney for Defendant TAWANA ROBERTS

   DATED: Honolulu, Hawaii, February 27, 2018.

                                 /s/ Gary G. Singh
                                GARY G. SINGH
                                Attorney for Defendant
                                ISAIAH W. MACCOY