# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 18-00016SOM-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) ISAIAH MCCOY |
| ATTYS FOR PLA: | Morgan L. Early, AUSA |
| | Thomas J. Brady, AUSA |
| | |
| | Tim Rodrigues, Esq. (Bureau of Prisons - Honolulu) |
| ATTYS FOR DEFT: | (01) Isaiah McCoy, *Pro Se* |
| | (01) Gurmail G. Singh, Esq. (stand-by counsel) |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Puglisi | REPORTER: | FTR - C5 |
| DATE: | March 5, 2018 | TIME: | 2:09 p.m. - 2:53 p.m. |

COURT ACTION:  EP     DEFENDANT (01) ISAIAH MCCOY'S MOTION TO LIFT SEPARATEE ORDER

Defendant (01) ISAIAH MCCOY is present, in custody.

Discussion held.

The government and BOP have confirmed that there is no "separatee order" placed on Defendant Isaiah McCoy. DEFENDANT (01) ISAIAH MCCOY'S MOTION TO LIFT SEPARATEE ORDER (Doc. 62) is DENIED.

Defendant (01) ISAIAH MCCOY is remanded to the custody of the United States Marshals Service.

Submitted by: Mary Feria, Courtroom Manager