Feb 28, 2018

Isaiah W. McCoy pro-se

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> Vs. <br><br> Isaiah W. McCoy (1) <br><br> Tawana L. Roberts (2) | ) CR. No. 18-00016s <br> ) Opposition to <br> ) motion to Declare <br> ) Case Complex <br> ) under 18 U.S.C §316 <br> ) (7) and to Continu <br> ) Trial <br> ) |

## OPPOSITION TO MOTION TO DECLARE CASE COMPLEX Under 18 U.S.C § 3161(h)(7) AND TO CONTINUE TRIAL

Defendant Isaiah W. McCoy pro-se respectfully moves this Court to deny the United States motion to declare this case complex under U.S.C § 3161 (h)(7) and to continue Trial. In support of my position i offer the following.

The goverment offered four points in support of there motion. i shall destroy each due to a lack of merit

1) Once again the goverment is making unsubstantiated claims that the discovery in this case is sensitive and voluminous, and originates from six different law enforcement entities (four federal law enforcement agencies and two State Police departments). Athough all these law enforcement entities are involved the goverments only evidence of defendants guilt to the key elements of charged is Hearsay from known and admitted Criminal's (Drug dealer's and prostitutes).

The goverments complaint's are irelevent. Defendant Isaiah W. McCoy Pro-se has no investigator, No access to westlaw for research, has only se~~en~~ discovery for one (Af1) of seven alle-dged victims. Yet ~~he~~ He is ready for trial. Further defendant is offended by the goverment's use of the word "Victim" as it is disrespectful and insenstive to real victims of Sex-ual and Physical abuse.

It is also important to Point out the fact that for all the goverments Claims that the discovery in this case is sensitive and voluminous, the goverment has yet to claim "that the evidence against the defendant is strong and that there is a high probability of a conviction after trial. The clear reason they have not said this is because there whole case is based on the uncorroborated hearsay of known cri-minals.

It appears the goverments preference when it comes to evidence is that of Quanity over [Quality]

Further after review of discovery with regards to "AFI" it is hard to understand why defendant Tawana L-Roberts was even charged other than to attempt to harm her husband defendant McCoy.

It is well known that criminals and alledged accomplices should not be believed. As the Ninth Circuit has succinctly stated:

"The use of informants to investigate and prosecute persons engaged in clandestine criminal activity is fraught with peril... By definition, criminal informants are cut from untrustworthy cloth and must be managed and carefully watched by the government and the courts to prevent them from falsely accusing the innocent, from manufacturing evidence against those under suspicion of crime, and from lying under oath in the courtroom. As Justice Jackson said forty years ago, The use of informers, accessories, accomplices, false friends, or any other

betrayls which are 'dirty business' may raise serious question of credibility.' On Lee V. United States, 343 U.S. 747, 75 (1952). A Prosecutor who does not appreciate the perils of using rewarded criminals as witnesses risks compromising the truth seeking mission of our criminal justice system. United States V. Bernal-Obeso, 989 F.2. 331, 333-34 (9th Cir. 1993)

2) The goverment next claims that the discovery in this case must be handled and produced pursuant to the parameters of the Protection order that the Court issued on Feb. 7 2018.

First defendant has moved for reargument on this order due to misconduct of the goverment which will be addressed at such a hearing. Further as evidence produced at such a hearing shall show B.O.P Staff have violated the Protection order by reading the full discovery provided to me up to this point and sharing the information with staff and inmates alike.

3) The goverment claims incorrectly that it recently learned that defendant McCoy is misusing the e-mail and the communications systems at the FDC honolulu, where He is be detained, in an apparent attempt to circumvent monitoring, which the goverment claims raises security concerns for the criminals the goverment wrongfully claim are victims in this case.

This seem like a perfect example of how the goverment makes meritless claims. Exhibit (A) of the goverments motion is a motion defendant submitted to this Court. Defendant had a person at FDC type the motion due to the fact defendant McCoy is indigent which stops defendant use of Phone, E-mail or his ability to make legal copys as B.O.P chages Pre-trial inmates for these things.

This was only an attempt by defendant to present this Court with a well written motion as defendant hand writing is terrible. Further E-mail sent on my behalf was to director of a innocence network program asking for help with my case.

Next the goverment has ~~paraded~~ been making claims defendant admitted to ~~im~~ threating goverment wittnesses I ask this Court to do an in camera review of Defendants Statements to Law enforcement to decide the merits of such claims.

4) The goverment claims that the current trial date does not afford the parties including the goverment, a reasonable time to prepare and make arrangements for trial.

It is the duty of all parties to be ready for trial, this was the date set by this court. So if this court denied this motion would the goverment be unable to trial this case?

Co defendant Tawana L. Robert is charged with one of seven counts in the superseding indictment. The discovery up to this point with regards to my codefendant is a Joke, any Lawyer worth a pound would not wish to put this Trial off. Further very few cases go to trial in Hawaii or the federal system therefor Im sure there is plenty of courtrooms available

The goverment must stop ~~stay~~ with it's ~~use~~ abuse of the Legal Process, by trying to file motions to get around it's discovery obligation.

B) Unlike most federal cases were there is a complete investigation done before arrest, there was little to NO ~~know~~ investigation done in this case although this is the Hallmark of federal cases.

The goverment claimed in it's motion that it is still gathering evidence and doing a full investigation, once again this is at odds with ~~the~~ federal Law en--forcemts known tatics. It is misconduct for the goverment to ~~be~~ engage in a evidentary fishing ~~exection~~ expedition, although due to lack of credible evidence I understand why the goverment would try such a method.

The goverment has made many claims against defendant without evidence in support of, ~~anything~~ i ask that this Court tell the goverment that are from Missouri. By This I mean show me the evidence.

## Defendant's Arguments

A) The goverment claims that ~~after~~ After defendant was detained additional "victims" came forward to share there stories with law enforcement. This comes as no surprise to defendant given the amount of media coverage on this case, and the fact this media attention was further fueled by the goverments disclosure of discovery. Defendant would not be surprised if every female arrested in the last year all of a sudden claimes to be a "victim" to get out of being prosecuted for prostitution and other crimes.

It ~~seem~~ Seem's the goverment is not interested in credible evidence. The problem here is that this tactic runs afoul of the goverment duty to be a "minister of justice". The duty of the prosecutor is to seek justice, not merely to convict. And while a prosecutor may strike hard blows he or she is not allowed to strike foul ones.

10 of 10

C) Unlike in most cases were there is drugs, guns, or murder were there is a Body, in this case the only evidence the crime Happened is Hearsay from Criminals.

D) With regard to defentants speedy trial rights, defendant is willing to waive his rights in exchange for his release on GPS ~~monitor~~, or defendant is willing to waive these rights in exchange for a Polygragh test that if Passed would require the goverment to test there wittnesses and alledged victims. In the event defendant passes and ~~st~~ goverments wittness/victims fail the goverment would agree to dismiss all charges in ~~latter~~ Interest of Justice.

Defendant is a well respected and valued member of the Legal community, ~~the~~ Nation wide. Defendant ~~is~~ is being targeted because of his past as a death row inmate, But as the record ~~still~~ reflects defendant is a active activist and the 147th death row exoneree in America

~~for~~ for These reasons and evidence to be Presented at a hearing on This motion I Ask That this Court Deny the gouvernements motion. Respectfully

Feb. 28, 2018                                    Isaiah W. MCCoy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 18-00016-01 SOM |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| ISAIAH W. MCCOY (1), ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party)ies) via CM/ECF and Hand Delivery:

(via Electric Filing)

        Morgan Eary, Esq.
        Assistant U.S. Attorney
        300 Ala Moana Blvd. #6-100
        Honolulu, Hawaii 96850
        Morgan.Early@usdoj.gov


        Barry Edwards, Esq.
        P.O.BOX 1383
        HONOLULU, HAWAII 96807
        barryedwards@gmail.com

        Attorney for Defendant TAWANA ROBERTS

     DATED:  Honolulu, Hawaii, March 6, 2018.

                                 /s/ Gary G. Singh_____
                                GARY G. SINGH
                                Attorney for Defendant
                                ISAIAH W. MACCOY