March 5, 2018

Case Name: USA v. McCoy
1:18 CR-00016-SOM

Dear Jill A. Otake, Morgan L. early and Thomas J. Brady

Please take this missive as notice of Defendant Isaiah W. McCoy's intention to call the following federal law enforcement officers and assistant United States attorneys in support of defendant's Motion to dismiss:

1. Jill A. Otake, Morgan L. early, Thomas J. brady and any and all attorneys, investigators, and other staff who have been involved in the Prosecution and of the Preindictment investigation of Defendant's Isaiah W. McCoy and Tawana L. Robert's.

2. All Federal law enforcement officer's involved in this case in any way to include: member's of HSI, ATF, FBI etc. This also includes military Police and CID.

3. Any HPD employees involved with this case. With regard to HPD, defendant is merely seeking HPD staff who A) Took information from any alledged victims in this case or B) who was on any task force that is relevent to defendat Isaiah W. McCoy.

4. The lead Detective and Procecutors in The Jordan Smith murder in the 2nd degree case.

Please make the appropriate arrangements to make those mentioned thus far available for Questioning.

<u>Defendants Line of Questioning</u>

1) Racial aspect of decision to charge defendants Isaiah W. McCoy and Tawana L. Roberts.

2) Question regarding Bill of rights Sections 1,2,3,4,7,8 and 9, and any question that would proove violation of these rights.

3) Discriminatory taticts used in this case

2

4) Misconduct and or Purposefull lack of investigation

5) IFormation relevent to the alledged connection of this case to the Jordan Smith murder case.

6) Inforantion relevent to harrassme of defendants Isaiah W. McCoy and Tawana L. Roberts.

7) Duty's of "ministers of Justice"

8) Bias towards Defendants

9) Corruption ~~covered~~ in Hawaii's Criminal Justice System.

10. All Question's that would support a dissmissal on grounds of Vindictive Prosecution, Selective Prosecution and or in the interest of justice.

Please take ~~the~~ the above as the proper disclosure.

Respectfully

March 5 2018

Isaiah W. McCoy. Pro-se

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 18-00016-01 SOM |
|---|---|---|
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| ISAIAH W. MCCOY (1), | ) ) | |
| Defendant. | ) ) ) | |

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party)ies) via CM/ECF and Hand Delivery:

(via Electric Filing)

    Morgan Eary, Esq.
    Assistant U.S. Attorney
    300 Ala Moana Blvd. #6-100
    Honolulu, Hawaii 96850
    Morgan.Early@usdoj.gov

    Barry Edwards, Esq.
    P.O.BOX 1383
    HONOLULU, HAWAII 96807
    barryedwards@gmail.com

    Attorney for Defendant TAWANA ROBERTS

    DATED: Honolulu, Hawaii, March 6, 2018.

    /s/ Gary G. Singh
    GARY G. SINGH
    Attorney for Defendant
    ISAIAH W. MACCOY