Isaiah W. McCoy-pro-se

Case name: USA V. McCoy
Case number: 1:18-CR-00016 SOM

U.S. District Court

District of Hawaii

Comes now defendant Isaiah W. Mc-Coy-Prose respectfully submitting a fuller statment about the merits of my motion to dismiss on grounds of selective and vindictive Prosecution and also in the interest of Justice.

Defendants motion to dismiss is based on the records and files of this case, the attached declaration of defendant Pro-se, and such evidence as is presented at the hearing on this motion.

# DECLARATION OF DEFENDANT ISAIAH W. MCCOY - PRO-SE

I, Isaiah W. McCoy, hereby declare as follows:

1. I am willing to fully outline my reasons, evidence, etc, for my motion to dismiss in a ex-parte Hearing, For tatical and strategic reasons.

2. The goverments decision to Prosecute defendants Isaiah W. McCoy and Tawana. L Roberts-McCoy was based on Unjustifi--able classifications and is in violation of Sections 1,2,4,5 and 7 of the Bill of rights.

3. Defendant has evidence Showing that other's similarly situated were not Prosecuted.

4. The goverment is merely seeking a conviction, this runs afoul of of the Prosecution's dutys as ministers of Justice.

3

5. Defendant is a nationwide advocate for justice and a member of the Innocence Network.

6. Defendant is the 147th death row exoneree in the United States his case is included as one of exoneration on the National Registry of exonerations, a database maintained by the University of Michigan School of Law.

7. Defendant is a well respected member of the Legal Community.

8. Defendant has no tolerance for injustice, and is inclined to speak out against it wherever he sees it, to the point where he can provoke those in power.

9. There is injustice taking place in the Criminal Justice System in the district of Hawaii.

I DECLARE UNDER PENALTY of PERJURY That the Foregoing is TRUE AND CORRECT TO The Best of MY KNOWLEDGE, INFORMATION And BELIEF.

Isaiah W. McCoy
Pro-se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 18-00016-01 SOM |
|---|---|---|
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) ) | |
| ISAIAH W. MCCOY (1), | ) ) | |
| Defendant. | ) ) ) | |

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party)ies) via CM/ECF and Hand Delivery:

(via Electric Filing)

    Morgan Eary, Esq.
    Assistant U.S. Attorney
    300 Ala Moana Blvd. #6-100
    Honolulu, Hawaii 96850
    Morgan.Early@usdoj.gov

    Barry Edwards, Esq.
    P.O.BOX 1383
    HONOLULU, HAWAII 96807
    barryedwards@gmail.com

Attorney for Defendant TAWANA ROBERTS

    DATED: Honolulu, Hawaii, March 6, 2018.

    /s/ Gary G. Singh
    GARY G. SINGH
    Attorney for Defendant
    ISAIAH W. MACCOY