**ORIGINAL**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MORGAN EARLY #10104
THOMAS J. BRADY #4472
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808) 541-2958
E-mail: Morgan.Early@usdoj.gov
        Tom.Brady@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 07 2018
at __ o'clock and 40 min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," (01), and<br><br>TAWANA ROBERTS (02),<br><br>Defendants. | CR. NO. 18-00016-SOM<br><br>SECOND SUPERSEDING INDICTMENT<br><br>[18 U.S.C. §§ 2, 1591(a)(1), 1591(b)(1), 1591(b)(2), 1591(d), 2251(a), and 2251(e)] |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

From on or about December 22, 2017, through on or about December 26, 2017, in the District of Hawaii, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," and TAWANA ROBERTS, the defendants, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #1 (hereinafter "AF1"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF1 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), and 1591(b)(1).

## COUNT 2

At an exact time unknown, but sometime between April 1, 2017 through September 16, 2017, in the District of Hawaii, ISAIAH McCOY, the defendant, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited

Adult Female #2 (hereinafter "AF2"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF2 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), and 1591(b)(1).

## COUNT 3

At an exact time unknown, but sometime between July 1, 2017 through September 16, 2017, in the District of Hawaii, ISAIAH McCOY, the defendant, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #3 (hereinafter "AF3"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF3 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), and 1591(b)(1).

## COUNT 4

At an exact time unknown, but sometime between July 1, 2017 through September 16, 2017, in the District of Hawaii, ISAIAH McCOY, the defendant, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," knowingly, in

and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #4 (hereinafter "AF4"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF4 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), and 1591(b)(1).

## COUNT 5

From on or about July 11, 2017, through on or about July 15, 2017, in the District of Hawaii, ISAIAH McCOY, the defendant, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #5 (hereinafter "AF5"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF5 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), and 1591(b)(1).

## COUNT 6

At an exact time unknown, but sometime between April 1, 2017 through September 16, 2017, in the District of Hawaii, ISAIAH McCOY, the defendant, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #6 (hereinafter "AF6"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF6 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), and 1591(b)(1).

## COUNT 7

At an exact time unknown, but sometime between April 1, 2017 through September 16, 2017, in the District of Hawaii, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," the defendant, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Adult Female #7 (hereinafter "AF7"), knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause AF7 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), and 1591(b)(1).

## COUNT 8

At an exact time unknown, but sometime between November 1, 2017 through December 31, 2017, within the District of Hawaii and elsewhere, and in and affecting interstate and foreign commerce, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," and TAWANA ROBERTS, the defendants, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a minor female (hereinafter "MF"), who had not attained the age of 18 years, knowing and in reckless disregard of the fact that: (1) means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause MF to engage in a commercial sex act; and (2) MF would be caused to engage in a commercial sex act; the defendants having had reasonable opportunity to observe the minor, and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years, and attempted to do so.

All in violation of Title 18, United States Code, Sections 2, 1591(a)(1), 1591(b)(1) and 1591(b)(2).

## COUNT 9

On or about and between December 25, 2017 and December 30, 2017, in the District of Hawaii, ISAIAH McCOY, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," the defendant, did knowingly employ, use, persuade, induce, entice, and coerce a minor female ("MF"), to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and attempted to do so.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 10

On or about and between January 4, 2018 and May 31, 2018, in the District of Hawaii, ISAIAH McCOY, the defendant, also known as "ISIAH McCOY" or "ZEUS" or "ZAY" or "ZEEK," using facilities and means of interstate commerce, that is, a cellular phone and social media accounts, did knowingly obstruct, attempt to obstruct, interfere with, attempt to interfere with, and attempt to prevent the enforcement of Title 18, United States Code, Section 1591(a) in the pending

criminal case, *United States v. Isaiah McCoy et al.*, Cr. No. 18-00016-SOM.

All in violation of Title 18, United States Code, Section 1591(d).

DATED: ___June 7, 2018___, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson, Grand Jury
FOREPERSON, GRAND JURY

_for_ KENJI M. PRICE
United States Attorney
District of Hawaii

MORGAN EARLY
THOMAS J. BRADY
Assistant United States Attorneys

<u>United States v. Isaiah McCoy, et al.</u>
Cr. No. 18-00016-SOM
Second Superseding Indictment